UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20221-DPG

UNITED STATES OF AMERICA

vs.

ALFONSO RUSTRIAN,

    **Defendant.**
_____/

## FACTUAL PROFFER

Defendant, Alfonso Rustrian (the "Defendant"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in January of 2021, a Confidential Source ("CS") acting at the direction of law enforcement conducted a series of meetings in Colombia with Alfonso Rustrian, his girlfriend and co-defendant Adalberto Comparan-Rodriguez. Comparan-Rodriguez was presented as a leader of the United Cartels, and Rustrian was presented as someone who worked with Comparan-Rodriguez. During those meetings, Comparan-Rodriguez told the CS that they were involved in the distribution of crystal methamphetamine and heroin from Michoacán, Mexico, to Houston, Texas and Atlanta. Comparan-Rodriguez further explained that he currently had 300 kilograms of crystal methamphetamine in Atlanta, Georgia, as well as access to heroin.. The CS discussed prices with Comparan-Rodriguez and Rustrian and told them that he wanted to purchase approximately 500 kilograms of crystal methamphetamine for importation from Mexico to South Florida. After negotiating the price, the three men settled on 250 kilograms of crystal methamphetamine at $14,000 per kilogram. At the CS's suggestion, Comparan-Rodriguez agreed to send an additional

250 kilograms of methamphetamine. Comparan-Rodriguez explained to the CS that the crystal methamphetamine would be shipped dissolved in liquid house paint, which is undetectable.

On or about January 26, 2021, Rustrian sent the CS photos showing that he (Rustrian) had made a payment of approximately $23,000 to Comparan-Rodriguez for expenses involved in the methamphetamine sale. That money was to pay for pre-cursor chemicals for the meth, and transport-related expenses.

On or about February 5, 2021, the CS, acting at the direction of law enforcement, conducted a virtual money flash of bulk US Currency to Rustrian using an encrypted video conferencing app. After establishing a video connection, the CS told Rustrian he had approximately $6 million dollars present and panned his cell phone across a green suitcase which contained several plastic wrapped bundles of purported bulk U.S. Currency. Rustrian then replied to the CS, "Yes brother that is very good you are almost done." The CS then told Rustrian, "All the money is also wrapped inside these boxes," and showed several wrapped appliance boxes. The CS told Rustrian that he also needed the list of the items from Comparan-Rodriguez in order to extract the methamphetamine from the house paint once it arrived in Miami. Rustrian responded that he would call Comparan-Rodriguez about the issue.

On or about February 9th, 11th, and 12th, Rustrian sent pictures to the CS showing the methamphetamine production. Rustrian also confirmed that Carlos Basauri-Coto would be travelling to the United States to meet with the CS to discuss the movement of the funds back to Mexico.

On or about February 10, 2021, the CS met with Basauri-Coto in Miami and discussed picking up money and sending it out via wires. During the meeting with the CS, Basauri-Coto called Rustrian and proposed sending bulk cash out using an airplane. Rustrian said he had thought of it before, and they all agreed it was a good idea that they should consider.

On or about February 15, 2021, Rustrian sent the CS several pictures and videos taken by his girlfriend that Rustrian had received from Comparan-Rodriguez. Those pictures and videos from Comparan-Rodriguez showed Comparan-Rodriguez, his son Adalberto Comparan-Bedolla, and Rustrian's girlfriend preparing the methamphetamine.

Soon after a March 4, 2021 meeting between Rustrian and Comparan-Rodriguez, Rustrian told the CS that Comparan-Bedolla (the son of Comparan-Rodriguez) would be traveling to Miami to receive the first shipment of methamphetamine – roughly 200 kilograms of the planned 500 kilograms. On or about March 11, 2021, Comparan-Bedolla arrived at Miami International Airport from Mexico City. He met with the CS and discussed the planned arrival of meth, and what they would need to do to extract the meth. The CS drove Comparan-Bedolla to a hotel in Hialeah, Florida, that had been reserved by Rustrian.

On or about March 19, 2021, the plan for the delivery of the methamphetamine changed, and the CS was informed that the initial shipment of methamphetamine would not arrive in paint, but in large concrete tiles. That same day, Comparan-Bedolla told the CS that two truckers had been hired by the organization to transport the concrete tiles containing crystal methamphetamine to Miami. This was the methamphetamine that the CS had previously negotiated with Rustrian and Comparan-Rodriguez. The tiles containing the meth had come from Mexico and were stashed by the organization in Texas. The two drivers, then, would drive the tiles containing meth on a truck from Texas to Hialeah, Florida.

The truck transporting the methamphetamine arrived in South Florida on the evening of March 20, 2021. The truck drove to an undercover law enforcement warehouse in the Miami area. When the truck arrived, Comparan-Bedolla called his father and told him that the drivers had arrived at the warehouse. An additional undercover agent ("UC2") used a forklift to remove four crates of concrete tile from the truck's trailer. The tile was placed into the warehouse, and the

3

drivers left the area. After the drivers left, UC1, UC2, the CS, and Comparan-Bedolla broke the tiles open using hammers. From within the tiles, law enforcement recovered approximately 200 kilograms of wrapped methamphetamine. The methamphetamine was field tested, which confirmed that it was in fact methamphetamine. The undercover warehouse was wired to record audio and video, and the removal of the methamphetamine from the tiles was recorded by law enforcement.

On or about March 23, 2021, Comparan-Bedolla told the CS that, instead of 300 more kilograms of methamphetamine, they would be receiving 350 kilograms of methamphetamine, and it would be shipped in house paint. That paint was shipped from Mexico, through Texas, and represents the final portion of the original 500-kilogram deal that the CS, Rustrian, and Comparan-Rodriguez had agreed to in January 2021.

On or about the evening of March 26, 2021, a truck delivered approximately 245 five-gallon buckets of methamphetamine-infused paint to an undercover warehouse in the Miami area. The truck was driven by the same driver, and used the same trailer, as the previous delivery of 200 kilograms of methamphetamine in large concrete tiles. This delivery was captured on audio and video surveillance that law enforcement installed in the warehouse.

[THIS SPACE INTENTIONALLY LEFT BLANK]

The Parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant in the above-referenced matter.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 8/18/2022    By: _____
SHANE R. BUTLAND
ASSISTANT UNITED STATES ATTORNEY

Date: 7/22/22    By: _____
BONNIE S. KLAPPER, ESQ.
COUNSEL FOR DEFENDANT

Date: 08/22/2022    By: _____
ALFONSO RUSTRIAN
DEFENDANT

5